**No. 66746.**—Hudson Shipping Co., Inc. *v.* United States, protest 58/19829 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 8, 1962

**No. 66747.**—Richard L. Feigen & Co. *v.* United States, protest 60/2447–11146 (Chicago).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the "MIRO sketch" is an original drawing, the claim of the plaintiff was sustained.

**No. 66748.**—Karl Schroff Assoc., Inc. *v.* United States, protest 58/10017–9858 (Chicago).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of glass mosaic panels similar in all material respects to those the subject of *Margaret Silberman* v. *United States* (44 Cust. Ct. 197, C.D. 2175), the claim of the plaintiff was sustained.